IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARCEL MALACHOWSKI<br>(BOP REGISTER No. 15287-052),<br><br>Plaintiff,<br><br>V.<br><br>FEDERAL BUREAU OF<br>PRISONS, et al.,<br><br>Defendants. | § § § § § § § § § § § § | No. 3:20-cv-1764-E-BN |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. An objection was filed by Plaintiff. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 27th day of August, 2020.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE